# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2025 KW 1277

**FEBRUARY 23, 2026**

---

In Re:     Andre Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The East Baton Rouge Parish Clerk of Court's record shows that on December 5, 2025, a free copy of the documents that relator requested were forwarded to him. The record further shows that on February 10, 2026, a copy of the sentencing transcript was forwarded to relator.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT